**Joseph Louis KEYS, Plaintiff-Appellant,**

v.

**Whitney BOKOSKY, Defendant-Appellee.**

No. 15-55775

United States Court of Appeals, Ninth Circuit.

Submitted October 25, 2016 *

Filed November 7, 2016

Joseph Louis Keys, Pro Se

Carolyn Mary Khouzam, Esquire, Orange County Counsel's Office, Santa Ana, CA, for Defendant–Appellee

Before: LEAVY, GRABER, and CHRISTEN, Circuit Judges.

## MEMORANDUM **

Joseph Louis Keys appeals pro se from the district court's judgment dismissing his action alleging wrongful conduct by defendant, an Orange County Deputy District Attorney, arising from a prior criminal conviction against Keys. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for lack of subject matter jurisdiction. *Crum v. Circus Circus Enters.*, 231 F.3d 1129, 1130 (9th Cir. 2000). We affirm.

The district court properly dismissed Keys's action for lack of subject matter jurisdiction because Keys failed to allege facts sufficient to show that his claims arose under federal law. *See* 28 U.S.C. § 1331; *Republican Party of Guam v. Gutierrez*, 277 F.3d 1086, 1089 (9th Cir. 2002) ("federal jurisdiction exists only when a federal question is presented on the face of plaintiff's properly pleaded complaint." (internal citation and quotation marks omitted)).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.